# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
|     KRISTIN M. PRICE | : | |
|         Debtor | : | Bky. No. 15-17645 ELF |
| | : | |
| KRISTIN M. PRICE | : | |
|         Plaintiff | : | |
| | : | |
|     v. | : | |
| | : | |
| JP MORGAN CHASE BANK and | : | |
| ARNE DUNCAN, SECRETARY, U.S. DEPT. | : | |
| OF EDUCATION | : | |
|         Defendants | : | Adv. No. 16-0011 |
| | : | |

# O R D E R

**AND NOW**, following trial of the above adversary proceeding it is hereby **ORDERED** that:

1. The Plaintiff shall file a Memorandum of Law in support of her position **on or before** **December 2, 2016**

2. Defendant Duncan shall file a Memorandum of Law in support of her position **on or before** **December 23, 2016**.

Date: November 7, 2016

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**