**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|     KRISTIN M. PRICE | : | Chapter 7 |
| | : | |
|     Debtor | : | Bky. No. 15-17645-elf |
| | : | |
| KRISTIN M. PRICE, | : | |
| | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| BETSY DEVOS, SECRETARY, | : | |
| UNITED STATES DEPARTMENT | : | |
| OF EDUCATION | : | |
| | : | |
|     Defendant | : | Adv. No. 16-0011 |

# O R D E R

**AND NOW**, for the reasons stated in the accompanying Opinion, it is hereby **ORDERED and DETERMINED** that the Debtor's debts owed to the United States Department of Education are **DISCHARGEABLE** under 11 U.S.C. §§523(a)(8) and 727(a).

Date: June 23, 2017

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**