### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| KRISTIN M. PRICE, | : | CHAPTER 7 |
| Debtor. | : | |
| | : | |
| | : | BANKRUPTCY NO.   15-17645 [ELF] |

| | | |
|---|---|---|
| KRISTIN M. PRICE, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | ADVERSARY NO. 16-0011 |
| | : | |
| JP MORGAN CHASE BANK & | : | |
| ARNE DUNCAN, SECRETARY | : | |
| UNITED STATES DEPARTMENT OF | : | |
| EDUCATION, | : | |
| Defendants. | : | |

### CONSENT JUDGMENT

AND NOW, this   16th   day of   April   , 2018, after consideration of the Stipulation to Enter Consent Judgment as agreed to by the parties, it is hereby

### ORDERED

that Judgment is entered in favor of the United States of America and against **Kristin M. Price**, as follows:

>   Principal Amount -             $ 12,750.00
>   Interest 2%
>   **Total Due -**                 **$ 15,480.00**

Payment shall proceed in accordance with the agreement of the parties.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**